FILED

2008 APR 25 AM 11:11

KNH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 1333 H

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) **I N D I C T M E N T** |
| v. | ) |
| | ) Title 8, U.S.C., Secs. 1326(a) |
| FERNANDO PEDROZA-MACIAS, | ) and (b) - Deported Alien Found |
| | ) in the United States |
| Defendant. | ) |

The grand jury charges:

On or about February 26, 2008, within the Southern District of California, defendant FERNANDO PEDROZA-MACIAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

WMC:nlv:San Diego
4/23/08

It is further alleged that defendant FERNANDO PEDROZA-MACIAS was removed from the United States subsequent to March 8, 2001.

DATED: April 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney