1  Marc X. Carlos
   California State Bar No. 132987
2  **BARDSLEY & CARLOS L.L.P.**
   424 "F" Street, Suite A
3  San Diego, CA  92101
   Telephone: (619) 702-3226
4  Facsimile:   (619) 702-5415

5  Attorneys for Defendant
   FERNANDO PEDROZA-MACIAS

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:   08CR1333-H |
| Plaintiff, ) | DATE:        MAY 27, 2008 |
| v. ) | TIME:         2:00 p.m. |
| ) | **NOTICE OF MOTION AND MOTIONS:** |
| FERNANDO PEDROZA-MACIAS, ) | 1.   TO COMPEL DISCOVERY; |
| Defendant. ) | 2.   LEAVE TO FILE ADDITIONAL MOTIONS. |

TO:  **KAREN P. HEWITT; UNITED STATES ATTORNEY; AND REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as counsel may be heard, the defendant, FERNANDO PEDROZA-MACIAS, through his attorney Marc X. Carlos, will bring the below listed motions.

///

///

///

///

///

///

08CR1333-H

**MOTIONS**

The defendant, FERNANDO PEDROZA-MACIAS, through his counsel, Marc X. Carlos, hereby moves this Court to:

1) COMPEL DISCOVERY;

2) GRANT LEAVE TO FILE ADDITIONAL MOTIONS.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and the memorandum of points and authorities, the records in the above-entitled cause, and any and all further matters that may be brought to the Court's attention in the hearing on these motions.

Respectfully submitted,

Dated: May 21, 2008                   s/ Marc X. Carlos
                                      Marc X. Carlos
                                      Attorney for Defendant
                                      FERNANDO PEDROZA-MACIAS