**CERTIFICATE OF SERVICE**

<u>U.S. v. Fernando Pedroza-Macias</u>
Case No. 08CR1333-H

Counsel for Defendant FERNANDO PEDROZA-MACIAS hereby certifies that on this date copies of Defendant's Notice of Motion to Compel Discovery and Leave to File Additional Motions was served electronically upon the following attorney:

AUSA, Rebecca S. Kanter

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos